1 **LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
2 **JUSTIN W. SMERBER, ESQ.**
Nevada Bar No.: 10761
3 **MORAN BRANDON BENDAVID MORAN**
4 630 S. Fourth Street
Las Vegas, Nevada 89101
5 (702) 384-8424
(702) 384-6568 - *facsimile*
6 l.brandon@moranlawfirm.com
7 Attorneys for Defendant,
ALBERTSONS, LLC.
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SMITH, | |
| Plaintiff, | CASE NO.:2:13-cv-01479-APG-CWH |
| v. | |
| ALBERTSONS, LLC, and DOES I-V, and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///

///

///

///

///

respective fees and costs incurred.

DATED this ___ day of ___April___, 2016.

| MORAN BRANDON BENDAVID MORAN | HAMILTON LAW |
|---|---|
| _____ | _____ |
| LEW BRANDON, JR., ESQ. | RYAN HAMILTON, ESQ. |
| Nevada Bar No.: 5880 | Nevada Bar No. 11587 |
| JUSTIN W. SMERBER, ESQ. | 5125 S. Durango Drive, Ste. C |
| Nevada Bar No.: 10761 | Las Vegas, Nevada 89113 |
| 630 S. Fourth Street | Attorney for Plaintiff, |
| Las Vegas, Nevada 89101 | KIMBERLY SMITH |
| Attorneys for Defendant, | |
| ALBERTSONS, LLC. | |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 29th day of ___April___, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No.: 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC.

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 2 of 2